# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Lawrence Guy,

    Plaintiff(s),

v.

Managed Labor Solutions, LLC,

    Defendant(s).

Case No. 2:25-cv-01679-RFB-BNW

**Order**

This case is fashioned as a class action and involves claims brought under the Fair Credit Reporting Act. *See* Docket No. 1. While the allegations may bear some relation to the employment context, this is not an "employment-discrimination action" for purposes of the early neutral evaluation program. *See* Local Rule 16-6(a) (identifying specific statutes). Accordingly, this case was assigned to the early neutral evaluation program in error. The Clerk's Office is **INSTRUCTED** to strike the ENE notice (Docket No. 4), remove the ENE case flag, and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: September 11, 2025

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge