UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **LAWRENCE GUY** on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**MANAGED LABOR SOLUTIONS, LLC,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No.: 2:25-cv-01679<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Lawrence Guy ("Plaintiff"), by his undersigned counsel, pursuant to Fed. R. Civ. P. 55(b), respectfully moves this Court to enter a default judgment against Defendant Managed Labor Solutions, LLC ("Defendant"). This Court should grant this Motion for the reasons set forth in Plaintiff's Memorandum in Support of Motion for Entry of Default Judgment, filed herewith.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order and Judgment consistent with the Plaintiff's Memorandum in:

1. Granting final judgment of default against Defendant;

2. Awarding Plaintiff statutory damages of $3,000.00, and punitive damages in the amount of $30,000.00, plus any applicable interest;

3. Awarding reasonable attorneys' fees of $19,071.00, and costs in the amount $805.00, plus any applicable interest.

Dated this 16th day of January, 2026.         Respectfully submitted,

By: /s/ Jayson A. Watkins
Jayson A. Watkins MO 61434
jwatkins@sirillp.com
Siri & Glimstad
Direct: 816-281-7162

Main: 888-SIRI-LAW
745 Fifth Avenue Suite 500
New York, NY 10151
sirillp.com

ATTORNEY FOR PLAINTIFF