**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **LAWRENCE GUY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:25-cv-01679 |
| vs. | ) | |
| | ) | |
| **MANAGED LABOR SOLUTIONS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFAULT JUDGMENT**

Before the Court is Plaintiff Lawrence Guy's ("Plaintiff") Motion for Entry of Default Judgment ("Motion") against Defendant Managed Labor Solutions, LLC ("Defendant") (ECF No. 18). The Court has carefully reviewed Plaintiff's Motion and accompanying documents, as well as the record in this case, and finds as follows:

1. On September 8, 2025, Plaintiff filed his Complaint.

2. On September 16, 2025, Defendant was properly served via personal service.

3. To date, Defendant has not filed an Answer to Plaintiff's Complaint or otherwise defended in this action.

4. On December 19, 2025, a Clerk's Entry of Default was entered.

5. On April 9, 2026, the Court held an uncontested hearing on Plaintiff's Motion.

Accordingly, it is **HEREBY ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion is granted on an individual basis as to Plaintiff. Plaintiff waived all class claims during the hearing held on April 9, 2026, for purposes of seeking the default judgment. Judgment is now entered against Defendant in this action pursuant to FED. R. CIV. P. 55.

2. Plaintiff is awarded the following relief for the three claims alleged in the Complaint, as follows:

1

a. With regard to Defendant's violation of 15 U.S.C. §1681b(b)(1), making a false certification to the consumer reporting agency (Disa) in order to gain access to the consumer report relating to Plaintiff ("Consumer Report"), judgment is entered against Defendant for the sum certain of $1,000 in statutory penalties and $10,000 in punitive damages.

b. With regard to Defendant's violation of 15 U.S.C. §1681b(b)(2), exceeding the authorization Plaintiff provided regarding the use of his Consumer Report, judgment is entered for the sum certain of $1,000 in statutory penalties and $10,000 in punitive damages.

c. With regard to Defendant's violation of 15 U.S.C. §1681b(b)(3), taking an adverse action without providing Plaintiff the statutorily required information and an opportunity to challenge the Consumer Report, judgment is entered for the sum certain of $1,000 in statutory penalties and $10,000 in punitive damages.

3. Plaintiff is further awarded his reasonable attorney's fees of $19,071.00, litigation costs of $805.00, and $1,221.46 in travel expenses relating to the hearing of April 9, 2026.

**DATED:** April 13, 2026.

_____
**THE HONORABLE RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**